IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

THIS DOCUMENTS RELATES TO:         CIVIL ACTION MDL 875

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**FILED**
NOV 1 4 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Dane Heady

Plaintiff,

v.                                 Case No. 91-2186

A.C. & S Inc., et al.

Defendants.

**MOTION FOR APPOINTMENT OF A PERSONAL REPRESENTATIVE FOR SOLE PURPOSE OF COLLECTING DAMAGES FOR WRONGFUL DEATH**

NOW COMES plaintiff by and through his attorneys, Cascino Vaughan Law Offices, Ltd., and hereby moves this court to appoint Norma L. Heady as special administrator for the estate of Dane Heady and for leave to amend the complaint on its face to reflect such appointment, and in support of said motion plaintiff states the following:

1. Dane Heady died on 12/04/2005, domiciled in Vigo County, IN.

2. The sole purpose of this estate is to recover damages for the wrongful death of the Decedent.

3. Norma L. Heady is interested in Decedent's Estate by reason of being the surviving spouse of the deceased.

Very truly yours,

Allen D. Vaughan

Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Ave.
Chicago, Il 60607
312-944-0600
312-944-1870 (fax)
avaughan@cvlo.com

**OFFICIAL COPY**
**VIGO COUNTY HEALTH DEPARTMENT**
**CERTIFICATE OF DEATH**

ATTENTION ESTATE: The Social Security # being requested by this state agency in order to pursue its statutory responsibility. Disclosure is voluntary and there will be no penalty for refusal.

Local No. 1246

State No. _____

10 cc + IV

TYPE/PRINT IN PERMANENT BLACK INK

## DECEDENT

| Field | Value |
|---|---|
| 1. DECEASED - NAME (First, Middle, Last) | Dane Heady |
| 2. SEX | Male |
| 3a. TIME OF DEATH | 4:30 P |
| 3b. DATE OF DEATH | December 4, 2005 |
| 4. SOCIAL SECURITY NUMBER | 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 |
| 5a. AGE - Last Birthday (Years) | 72 |
| 6. DATE OF BIRTH | February 5, 1933 |
| 7. BIRTHPLACE | Indiana |
| 8a. WAS DECEDENT A U.S. VETERAN? | Yes |
| 8b. YEAR LAST SERVED IN U.S. ARMED FORCES? | 1956 |
| 9a. PLACE OF DEATH | Hospital - Inpatient |
| 9b. FACILITY NAME | Terre Haute Regional Hospital |
| 9c. CITY, TOWN, OR LOCATION OF DEATH | Terre Haute, IN |
| 9d. COUNTY OF DEATH | Vigo |
| 10. MARITAL STATUS | Married |
| 11. SURVIVING SPOUSE | Norma Crable |
| 12a. DECEDENT'S USUAL OCCUPATION | Electrician |
| 12b. KIND OF BUSINESS/INDUSTRY | Construction |
| 13a. RESIDENCE - STATE | IN |
| 13b. COUNTY | Vigo |
| 13c. CITY, TOWN, OR LOCATION | Terre Haute |
| 13d. STREET AND NUMBER | 4041 E. Woodsmall Dr. |
| 13e. ZIP CODE | 47802 |
| 13f. INSIDE CITY LIMITS | No |
| 13g. ON A FARM | No |
| 14. CITIZEN OF WHAT COUNTRY | U.S.A. |
| 15. WAS DECEDENT OF HISPANIC ORIGIN? | No |
| 16. RACE | White |
| 17. DECEDENT'S EDUCATION | Elementary/Secondary: 12 |

## PARENTS

| 18. FATHER'S NAME | Russell Heady |
|---|---|
| 19. MOTHER'S NAME | Minnie Sharpe |

## INFORMANT

| 20a. INFORMANT'S NAME | Norma Heady |
|---|---|
| 20b. MAILING ADDRESS | 4041 E. Woodsmall Dr., Terre Haute, IN 47802 |
| 20c. Relationship | Wife |

## DISPOSITION

| 21a. METHOD OF DISPOSITION | Burial |
|---|---|
| 21b. DATE AND PLACE OF DISPOSITION | December 7, 2005 — Mt. Pleasant Cemetery |
| 21c. LOCATION | Terre Haute, IN |
| 22a. EMBALMER'S NAME | Scott Shake |
| 22b. EMBALMER'S LICENSE NO. | FD 29300058 |
| 23. WAS DEATH REPORTED TO CORONER? | No |
| 24a. SIGNATURE OF FUNERAL DIRECTOR | Larry Hofman |
| 24b. LICENSE NUMBER | FD01005425 |
| 25. NAME, ADDRESS, AND LICENSE NUMBER OF FUNERAL HOME | DeBaun Springhill Chap., FH89000005, P.O. Box 2503, 85 E. Springhill Dr., Terre Haute, IN 47802 |

## CAUSE OF DEATH

26. PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter nonspecific terms, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line.

a. IMMEDIATE CAUSE: Acute Respiratory Failure
b. DUE TO: Severe COPD
c. DUE TO: Severe Emphysema
d.

PART II. Other significant conditions:

| 27. WAS DECEDENT PREGNANT OR 90 DAYS POSTPARTUM | No |
|---|---|
| 28a. WAS AN AUTOPSY PERFORMED? | No |
| 28b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? | No |

## CERTIFIER

29a. CERTIFIER: ☒ CERTIFYING PHYSICIAN

| 29b. SIGNATURE AND TITLE OF CERTIFIER | [signature] |
|---|---|
| 29c. MEDICAL LICENSE NO. | 01045492 |
| 29d. DATE SIGNED | 12/8/05 |
| 30. NAME AND ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH | Dr. Divyesh Purohit, 601 E. Surgery Center Drive, Terre Haute, IN 47802 |

## HEALTH OFFICER

| 31. HEALTH OFFICER'S SIGNATURE | E. Garcia, M.D. |
|---|---|
| 32. DATE FILED | DEC 8 2005 |

33. MANNER OF DEATH: ☐ Natural  ☐ Pending Investigation  ☐ Accident  ☐ Suicide  ☐ Could not be Determined  ☐ Homicide

34a. DATE OF INJURY | 34b. TIME OF INJURY | 34c. INJURY AT WORK? | 34d. DESCRIBE HOW INJURY OCCURRED
34e. PLACE OF INJURY | 34f. LOCATION
34g. DATE PRONOUNCED DEAD | 34h. MOTOR VEHICLE ACCIDENT?

SDH06-004 State Form 10110 (R5/1-99)

## SERVICE LIST
Dane Heady v. A.C. and S. Inc., et al.

**A.W. Chesterton Company**
William Francis Mahoney
Segal, McCambridge, Singer
& Mahoney, Ltd.
One IBM Plaza
330 N. Wabash Street, Suite 200
Chicago, IL 60611
(312) 645-7800
(312) 645-7711 (fax)

**Garlock Inc.**
William Francis Mahoney
Segal, McCambridge, Singer and Mahoney, Ltd.
330 North Wabash Ave.
Suite 200
Chicago, IL 60611
(312) 645-7800
(312) 645-7711 (fax)

**Georgia Pacific**
Francis P. Morrissey,
Schiff, Harden LLP
6600 Sears Tower
233 S. Wacker Dr.
Chicago, IL 60606-6473
(312) 258-5500
(312) 258-5700 (fax)

**General Electric**
Maja C. Eaton
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
(312) 853-7036 (fax)

**Metropolitan Life Insurance Company**
Jennifer Johnston
Wildman, Harrold, Allen & Dixon LLP.
225 W Wacker Dr
Suite 3000
Chicago, IL 60606-1229
(312) 201-2000
(312) 201-2555 (fax)

**Owens-Illinois**
Michael Drumke
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
(312) 258-5500
(312) 258-5600 (fax)

**Rapid American Corp**
Dennis J Graber
Hinshaw & Culbertson
Suite 300
521 W Main St
Belleville, IL 62222
(618) 277-2400
(618) 277-1144

**Westinghouse Electric Corporation**
Craig T. Lilhestrand
Hinshaw & Culbertson
222 North LaSalle Street
Suite 300
Chicago, IL 60601
(312) 704-3000
(312) 704-3001 (fax)

**Union Carbide**
Christopher P. Larsen
Heyl, Royster, Voelker & Allen
124 S.W. Adams St., Suite 600
Peoria, IL 61602
(309)676-0400
(309)676-3374 (fax)

IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

THIS DOCUMENTS RELATES TO:                    CIVIL ACTION MDL 875

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dane Heady

   Plaintiff,

  v.             Case No. 91-2186

A.C. & S Inc., et al.

   Defendants.

### NOTICE OF FILING OF MOTION FOR APPOINTMENT OF A SPECIAL ADMINISTRATOR FOR SOLE PURPOSE OF COLLECTING DAMAGES FOR WRONGFUL DEATH

TAKE NOTICE that on November 14, 2006 the Plaintiff by and through his attorneys, Cascino Vaughan Law Offices, Ltd., filed a Motion for Appointment of a Special Administrator for Sole Purpose of Collecting Damages for Wrongful Death.

               CASCINO VAUGHAN LAW OFFICES, LTD.

             By: _____
               Michael P. Cascino

Micheal P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Ave.
Chicago, IL 60607
312-944-0600
312-944-1870 (fax)
mcascino@cvlo.com

## Certificate of Service

I, undersigned, a non-attorney, on oath state: True and correct copies of the notice, motion, and order of appointment of special admimnistrator were served upon the counsel of record at their address, according to the attached service list, by depositing them, properly addressed, with first-class postage prepaid, in the U.S. mail at 220 South Ashland Ave., Chicago, IL 60607, on September 13 by 5:00 P.M.

_____
Hugo Vasquez, assistant to
Michael P. Cascino