E-FILED
Thursday, 07 December, 2006  09:35:44 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 00-2086 |
| ) | |
| ESTATE OF JAMES PICKENS, JR., ) | |
| (DECEASED), ESTATE OF ETHEL ) | |
| PICKENS (DECEASED), ET AL., ) | |
| ) | |
| Defendants. ) | |

ORDER DIRECTING THE CLERK OF THIS COURT TO PAY
ALL REMAINING SURPLUS FUNDS TO ANGELA SHAW

This matter having come to be heard in open court on this 20th day of November, 2006, with proper notice of hearing having been given to the last known addresses for the heirs of James Pickens Jr. and Ethel Pickens, deceased, with petitioner Angela Shaw and Assistant United States Attorney David H. Hoff appearing before this Court in person, and purchaser Dudley Burrell, appearing by telephone, and this Court being fully advised in the premises, hereby finds as follows:

1. Dudley Burrell withdrew his objection to the petition of Angela Shaw upon the representation of Assistant United States Attorney David H. Hoff that the records of the United States Marshals Service show that Dudley Burrell did in fact bid $13,800 for the purchase of this property at the public judicial sale conducted in this case; that Dudley Burrell paid said amount in full prior to approval of this sale by this Court; and that the records also indicate that Dudley Burrell did not pay any more than $13,800 for the purchase of this property.

2. The petitioner, Angela Shaw, is the only heir of James Pickens, Jr., and Ethel Pickens,

both deceased, to claim this money.

3. None of the other heirs to said property, namely Audrey Pickens Johnson, James Pickens, Helena Dunlap, Gene Pickens or Delores Pickens Gooby, have provided this Court with updated addresses that are different than the addresses used by Angela Shaw on the motion now being approved by this Court.

4. Angela Shaw is entitled to receive all funds remaining on deposit with the clerk of this Court in this case, and her petition requesting same is hereby granted.

5. The Clerk of this Court is hereby ordered to pay all remaining sums on deposit in this case ($1,492.75) by check made payable to the order of Angela Shaw, and by mailing said check to Angela Shaw at 13760 East 2000 South Road, Momence, Illinois 60954.

Therefore it is hereby ordered adjudged and decreed that the petition of Angela Shaw seeking these funds is hereby granted and the Clerk of this Court is hereby ordered to pay all remaining sums on deposit in this case ($1,492.75) by check made payable to the order of Angela Shaw, and by mailing said check to Angela Shaw at 13760 East 2000 South Road, Momence, Illinois 60954.

ENTERED this 7th day of December, 2006

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE